OSCN Found Document:RE: Reinstatement of Certificates of Certified Shorthand Reporters

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE: Reinstatement of Certificates of Certified Shorthand Reporters
2025 OK 28
Decided: 04/28/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 28, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

RE: Reinstatement of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters recommended to the Supreme Court of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Reporters named below be reinstated as they have complied with the continuing education requirements for 2024 and annual certificate renewal requirements for 2025 and have paid all applicable fees.

IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 20, App. l, Rules 20 and 23, the certificates of the following shorthand reporters are reinstated from the suspension earlier imposed by this Court:

 
 
 Name
 CSR #
 Effective Date of Reinstatement
 
 
 Dennis Brown
 CSR #139
 March 4, 2025
 
 
 Lisa Morgan
 CSR #1658
 March 10, 2025
 
 
 Leslie Ruiz
 CSR #1854
 March 19, 2025
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 28TH day of APRIL, 2025.

 

/s/______________________________CHIEF JUSTICE

Rowe, C.J., Kuehn, V.C.J., Winchester, Edmondson, Combs, Gurich, Darby and Kane, JJ., concur.

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105